1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DALLAS BIEGGER,

                                    Plaintiff,

    v.

COMMISSIONER OF SOCIAL
SECURITY,

                                    Defendant.

CASE NO. 08-CV-1236 W (AJB)

**ORDER (1) GRANTING MOTION TO PROCEED IFP (Doc. No. 2); (2) REFERRING TO MAGISTRATE FOR REPORT & RECOMMENDATION**

On July 10, 2008 Plaintiff Dallas Biegger ("Plaintiff") filed a complaint seeking review of his denial of disability benefits under the Social Security Act.  He also filed a motion to proceed *in forma pauperis* (IFP), stating that he had no job, no assets, and little income or other means to pay the filing fee.  Having reviewed the declaration, the court hereby **GRANTS** the motion to proceed IFP as it appears that Plaintiff cannot afford the filing fee without being deprived of the necessities of life.

Further, the court hereby **REFERS** all matters arising in this case to United States Magistrate Judge Anthony J. Battaglia for a Report & Recommendation in accordance

08cv1236W

1   with 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1(c)(1)(c).

2          If the parties seek to file motions in this case, they shall contact the chambers of

3   Judge Battaglia to secure scheduling, filing, and hearing dates.   All motion(s) for

4   summary judgment must be filed and served no later than **120 days** after the

5   Government files its answer.

6

7          **IT IS SO ORDERED.**

8

9   DATED:  July 11, 2008

10

11                                              Hon. Thomas J. Whelan

12                                              United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08cv1236W